**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Abaco Drilling Technologies LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil No. 4:20-cv-01946 |
| | ) | |
| PV Fluid Products, Inc. and Gary Stephen Kyker (d/b/a Elastomer Consulting LLC), | ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| *Defendants*. | ) | |

## NOTICE OF APPEARANCE OF CATHERINE REYNOLDS

Please take notice that Catherine Reynolds of Thompson & Knight LLP enters her appearance as additional counsel for Defendants PV Fluid Products, Inc. and Gary Stephen Kyker (d/b/a Elastomer Consulting LLC) in the above-captioned matter. As a registered user of the Court's electronic filing system, Ms. Reynolds hereby consents to electronic service of all documents filed in this action, including all notices, orders, and opinions issued by the Court.

| | |
|---|---|
| June 24, 2020 | Respectfully submitted,<br><br>*/s/ Catherine Reynolds*<br>Bruce Sostek, attorney-in-charge<br>  Texas State Bar No. 18855700<br>  Southern District No. 15126<br>  Bruce.Sostek@tklaw.com<br>Herbert J. Hammond<br>  Texas State Bar No. 08858500<br>  Southern District No. 18327<br>  Herbert.Hammond@tklaw.com<br>Catherine L. Reynolds<br>  Texas State Bar No. 24107599<br>  Southern District No. 3563232<br>  Catherine.Reynolds@tklaw.com<br>THOMPSON & KNIGHT LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>214.969.1700<br>214.969.1751 (Fax)<br><br>ATTORNEYS FOR DEFENDANTS<br>PV FLUID PRODUCTS, INC. AND<br>GARY STEPHEN KYKER (D/B/A ELASTOMER CONSULTING) |

**CERTIFICATE OF SERVICE**

I certify that on June 24, 2020, I caused a true and correct copy of the foregoing to be served via ECF on all counsel of record.

*/s/ Catherine Reynolds*
Catherine Reynolds