United States District Court
Southern District of Texas
**ENTERED**
July 02, 2020
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ABACO DRILLING TECHNOLOGIES, INC., | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-1946 |
| | § | |
| PV FLUID PRODUCTS, *et al.*, | § | |
| Defendants. | § | |

## ORDER

When this case was filed on June 3, 2020, Plaintiff identified it as a patent case on the Civil Cover Sheet [Doc. # 1-1].  On June 22, 2020, the Court issued its standard Order [Doc. # 15] used in patent cases prior to the initial scheduling conference.  On June 23, 2020, Plaintiff filed an amended Civil Cover Sheet [Doc. # 16], changing the Nature of Suit code from 830 Patent to 890 Other Statutory Action.  Plaintiff has now asked that the scheduling order for standard cases be used, rather than the order for patent cases.  Although the case involves issues of patent ownership and inventorship, it does not involve issues of infringement or invalidity.  Therefore, the standard Order [Doc. # 15] is not applicable.

Additionally, the case is currently scheduled for an initial conference on July 21, 2020.  Defendants have filed a Motion to Dismiss [Doc. # 18] that will not be fully briefed by that date.  It is, therefore, hereby

**ORDERED** that the patent case Order [Doc. # 15] is **VACATED**.  It is further

**ORDERED** that the deadline for the parties' Joint Discovery/Case Management Plan is extended to **August 24, 2020**, and the initial conference is rescheduled to **August 27, 2020, at 11:30 a.m.**

SIGNED at Houston, Texas, this 2nd day of **July, 2020**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE